UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ALISHA SILVER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>31 GREAT JONES RESTAURANT CORP., d/b/a FIVE POINTS RESTAURANT, MARC MEYER, VICTORIA FREEMAN and JOHN DOES #1-10, Jointly and Severally,<br><br>                Defendants. | ECF CASE<br><br>No. 11-CV-7442 (KMW) (DCF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PLAINTIFF'S AND THE CLASS MEMBERS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiff Silver and the Class Members' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the Fair Labor Standards Act Settlement, the Certification of Douglas B. Lipsky (Lipsky Cert."), and the exhibits attached thereto, Plaintiff Silver and the Class Members respectfully request that the Court enter an Order:

    1.      Granting final certification of the settlement class;

    2.      Granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Lipsky Cert.;

    3.      Granting approval of the FLSA Settlement; and

    4.      Granting such other, further, or different relief as the court deems just and proper.

Plaintiff and the Class Members have submitted a Proposed Order, attached hereto as Exhibit A, for the Court's convenience.

-2-

Dated: New York, New York
      May 29, 2013

                        BRONSON LIPSKY LLP

                        By: s/ Douglas B. Lipsky
                            Douglas Lipsky (DL-9372)
                        630 Third Avenue, Fifth Floor
                        New York, New York 10017-6705
                        Phone: 212.392.4772
                        Fax: 212.444.1030
                        dl@bronsonlipsky.com

                        Jeffrey M. Gottlieb (JG-7905)
                        nyjg@aol.com
                        Dana L. Gottlieb (DG-6151)
                        danalgottlieb@aol.com
                        GOTTLIEB & ASSOCIATES
                        150 East 18th Street, Suite PHR
                        New York, New York 10003
                        Phone: 212.228.9795
                        Fax: 212.982.6284

                        *Attorneys for Plaintiff Silver and the Class Members*