UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALISHA SILVER, Individually and on Behalf of All Other Persons Similarly Situated,

                Plaintiff,

     v.

31 GREAT JONES RESTAURANT CORP., d/b/a FIVE POINTS RESTAURANT, MARC MEYER, VICTORIA FREEMAN and JOHN DOES #1-10, Jointly and Severally,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No. 11-CV-7442 (KMW) (DCF)

**NOTICE OF PLAINTIFF'S AND THE CLASS MEMBERS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSMEENT EXPENSES**

      For the reasons set forth in the Memorandum of Law in Support of Plaintiff's and Class Members' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Certification of Douglas B. Lipsky (Lipsky Cert."), and the exhibits attached thereto, Plaintiff respectfully request that the Court enter an Order:

      1.     An award of 1/3 of the $400,000.00 Settlement Fund for Attorneys' Fees and Expenses that equals $133,333.33, which includes (a) attorneys' fees in the amount of $132,863.33 and (b) $470.00 in reimbursable expenses;

2.	Granting such other, further, or different relief as the court deems just and proper.

Dated:	New York, New York
	May 29, 2013

                            BRONSON LIPSKY LLP

                            By: s/ Douglas B. Lipsky
                                 Douglas Lipsky (DL-9372)
                            630 Third Avenue, Fifth Floor
                            New York, New York 10017-6705
                            Phone:  212.392.4772
                            Fax:  212.444.1030
                            dl@bronsonlipsky.com

                            Jeffrey M. Gottlieb (JG-7905)
                            nyjg@aol.com
                            Dana L. Gottlieb (DG-6151)
                            danalgottlieb@aol.com
                            GOTTLIEB & ASSOCIATES
                            150 East 18th Street, Suite PHR
                            New York, New York 10003
                            Phone:  212.228.9795
                            Fax:  212.982.6284

                            *Attorneys for Plaintiff Silver and the Class Members*